P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>FML ENTERPRISES LLC,<br><br>Defendant. | Case No: 2:24-cv-00912-ODW-PD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties jointly move for a dismissal of the above case with prejudice; with each party to bear their own attorney fees, costs and expenses.

RESPECTFULLY SUBMITTED this 19th day of March, 2025.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff


/s/ Yvonne Ricardo
Yvonne Ricardo
Attorneys for Defendant