JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| THERESA BROOKE,<br><br>Plaintiff,<br><br>v.<br><br>FML ENTERPRISES LLC,<br><br>Defendant. | Case № 2:24-cv-00912-ODW (PDx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulated Motion to Dismiss with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 20, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**